UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND; BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

Plaintiffs,

-against-

FB PINE HOLLOW CC LLC,

Defendant.

26-CV-5174 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's September 3, 2026, Order, the parties were required to file a joint letter, apprising the Court of their settlement negotiations, every 14 days. To date, the parties have not filed that letter. The parties are ORDERED to file that letter by September 23, 2026.

SO ORDERED.

Dated: September 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge